THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD
COMPANY, Appellant, *v.* THE FEDERAL SUGAR REFINING
COMPANY et al., Respondents.

*N. Y. C. & H. R. R. R. Co.* v. *Federal Sugar Refining Co.*, 145 App.
Div. 936, affirmed.
  (Argued November 23, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 9, 1911, which affirmed an order of Special Term
confirming the report of commissioners in condemnation
proceedings.

  *John F. Brennan* and *Albert H. Harris* for appellant.

  *Charles Philip Easton* for respondents.

  Order affirmed, with costs; no opinion.
  Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY F.
DWYER, Appellant, *v.* THEODORE A. BINGHAM, as Police
Commissioner of the City of New York, Respondent.

*People ex rel. Dwyer* v. *Bingham*, 144 App. Div. 905, affirmed.
  (Argued November 23, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 7, 1911, which confirmed the proceedings of defend-
ant in dismissing the relator from the police force of the
city of New York.

  *Louis J. Grant* and *Jacob Rouss* for appellant.

  *Archibald R. Watson, Corporation Counsel (James D.
Bell* and *Frank Julian Price* of counsel), for respondent.

  Order affirmed, with costs; no opinion.
  Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.